## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ANDREW LEE DAVIS, JR.                                                    PLAINTIFF

v.                                    CASE NO. 4:22-CV-00824-BSM

G. CLARK                                                              DEFENDANT

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 4] is adopted. Andrew Davis, Jr.'s lawsuit is dismissed without prejudice for failure to state a claim upon which relief may be granted. An *in forma pauperis* appeal would not be taken in good faith, and it is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g).

IT IS SO ORDERED this 3rd day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE