IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREW LEE DAVIS, JR.**                                                    **PLAINTIFF**

v.                                  **CASE NO. 4:22-CV-00824-BSM**

**G. CLARK**                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE